HOWMEDICA OSTEONICS CORP., Plaintiff–Appellant,

v.

ZIMMER, INC. and Centerpulse Orthopedics, Inc. (formerly known as Sulzer Orthopedics, Inc.), Defendants–Appellees,

and

Smith & Nephew, Inc., Defendant–Appellee.

No. 2010–1162.

United States Court of Appeals, Federal Circuit.

Oct. 13, 2010.

Rehearing En Banc Denied Dec. 14, 2010.

Gregory J. Vogler, McAndrews, Held & Malloy, Ltd., of Chicago, IL, argued for plaintiff-appellant. With him on the brief were Timothy J. Malloy, Patricia J. McGrath and Christopher M. Scharff.

David K. Callahan, Kirkland & Ellis LLP, of Chicago, IL, argued for all defendants-appellees. With him on the brief for Zimmer, Inc., et al. was Bryan S. Hale. Of counsel was Bryce A. Mautner. Also on the brief for Smith & Nephew, Inc., were Gregory N. Stillman, Hunton & Williams LLP, of Norfolk, VA; Rodger L. Tate and Bradley T. Lennie, of Washington, DC.

BRYSON, DYK, and MOORE, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.